# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERMAN WILKINS,** : | |
| Plaintiff, : | |
| v. : | **CIVIL NO. 09-2581** |
| **BOZZUTO & ASSOCIATES, INC.,** : | |
| Defendant. : | |

## ORDER

**AND NOW,** this 10th day of December, 2009, upon consideration of Defendant's July 2, 2009 Motion to Dismiss Amended Complaint [Doc. No. 5], Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss [Doc. No. 6], and Defendant's Reply to Opposition to Motion to Dismiss [Doc. No. 10], it is hereby **ORDERED** that:

1) Defendant's July 2, 2009 Motion to Dismiss [Doc. No. 5] is **GRANTED** for the reasons stated in the attached Memorandum Opinion. The above-captioned matter is **DISMISSED** without prejudice.

2) Defendant's June 15, 2009 Motion to Dismiss [Doc. No. 3] is **DISMISSED** as **MOOT**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**